UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| STARLA F. RUSSELL,<br><br>            Plaintiff,<br><br>  vs.<br><br>RAPID CITY AREA SCHOOLS; RAPID CITY AREA SCHOOL BOARD OF EDUCTION; MATT STEPHENS, RCAS BOARD OF EDUCATION PRESIDENT in his official capacity; WESTERN DAKOTA TECHNICAL INSTITUTE; and ANN BOLMAN, WDT PRESIDENT in her official capacity,<br><br>            Defendants. | CIV. 18-5015-JLV<br><br>JUDGMENT |

Consistent with the court's order (Docket 113), it is

ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of defendants and against plaintiff.

Dated September 21, 2021.

                      BY THE COURT:

                      /s/ *Jeffrey L. Viken*
                      JEFFREY L. VIKEN
                      UNITED STATES DISTRICT JUDGE